# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIBEL MOSES, on behalf of herself and all others similar situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE NEW YORK TIMES COMPANY,<br>d/b/a *The New York Times,*<br><br>　　　　　　　　　　　Defendant, | Civil Action No. 1:20-cv-4658<br><br>**DEFENDANT THE NEW YORK TIMES COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS** |

　　　　Notice is hereby given that The New York Times Company's ("NYT") respectfully moves, pursuant to Fed. R. Civ. P. 12(b)(6), for dismissal of all claims asserted in Plaintiff's Complaint because they fail to state claims upon which relief can be granted.

　　　　This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities and Request for Judicial Notice filed concurrently herewith, the pleadings and papers filed herein, the declaration of Kristen Rodriguez filed concurrently and in support of this Motion, and upon such other and further matters as may be presented to the Court.


　　　　　　　　　　[SIGNATURES ON THE FOLLOWING PAGE]

- 2 -

Dated:  August 17, 2020

        Respectfully submitted,

        DENTONS US LLP

        By: /s/ Sandra D. Hauser
            Sandra D. Hauser
            1221 Avenue of the Americas
            New York, New York 10020
            Phone: 212-768-6802
            Email: sandra.hauser@dentons.com

            Natalie J. Spears
            Kristen C. Rodriguez
            233 S. Wacker Drive, Suite 5900
            Chicago, IL 60606
            Phone: 312-876-8000
            Email: natalie.spears@dentons.com
            Email: kristen.rodriguez@dentons.com

        *Attorneys for Defendant,*
        *The New York Times Company*

## **CERTIFICATE OF SERVICE**

    I certify that on August 17, 2020 I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        /s/ Sandra Hauser