# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIBEL MOSES, on behalf of herself and all others similar situated,<br><br>                        Plaintiff,<br><br>  v.<br><br>THE NEW YORK TIMES COMPANY, d/b/a *The New York Times,*<br><br>                        Defendant. | Civil Action No. 1:20-cv-4658-RA<br><br>**DEFENDANT THE NEW YORK TIMES COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Hon. Judge Ronnie Abrams |

Notice is hereby given that The New York Times Company's ("NYT") respectfully moves, pursuant to Fed. R. Civ. P. 12(b)(6), for dismissal with prejudice of all claims asserted in Plaintiff's First Amended Class Action Complaint because they fail to state claims upon which relief can be granted.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities and Request for Judicial Notice filed concurrently herewith, the pleadings and papers filed herein, the declaration of Kristen Rodriguez filed concurrently and in support of this Motion, and upon such other and further matters as may be presented to the Court.

[SIGNATURES ON THE FOLLOWING PAGE]

- 2 -

Dated:  September 21, 2020

                    Respectfully submitted,

                    DENTONS US LLP

                    By: /s/ Sandra D. Hauser
                          Sandra D. Hauser
                          1221 Avenue of the Americas
                          New York, New York 10020
                          Phone: 212-768-6802
                          Email: sandra.hauser@dentons.com

                          Natalie J. Spears
                          Kristen C. Rodriguez
                          233 S. Wacker Drive, Suite 5900
                          Chicago, IL 60606
                          Phone: 312-876-8000
                          Email: natalie.spears@dentons.com
                          Email: kristen.rodriguez@dentons.com

                  *Attorneys for Defendant,*
                  *The New York Times Company*

- 3 -

## **CERTIFICATE OF SERVICE**

I certify that on September 21, 2020 I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Sandra Hauser