USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIBEL MOSES, *on behalf of herself and all others similarly situated*,

                Plaintiff,

v.

THE NEW YORK TIMES COMPANY, d/b/a *The New York Times*,

                Defendant.

No. 20-CV-4658 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 17, 2020, Plaintiff Maribel Moses brought this putative class action alleging that Defendant's "automatic renewal" scheme for *The New York Times* subscription plans violates California law. Defendant filed a motion to dismiss on September 21, 2020. On November 13, 2020, the parties informed the Court that they had reached an agreement on all materials terms of a class action settlement and requested a stay, which the Court granted on November 17, 2020.

No later than February 1, 2021, the parties shall file a letter updating the Court on the status of settlement negotiations. The case shall remain stayed.

SO ORDERED.

Dated:    January 19, 2021
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge