| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8/31/2021 |

MARIBEL MOSES, *on behalf of herself and all others similarly situated,*

                              Plaintiffs,

                              v.

THE NEW YORK TIMES COMPANY, *d/b/a/ The New York Times,*

                              Defendant.

20-CV-4658 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

    In connection with the hearing on the final approval of class action settlement, scheduled for September 10, 2021 at 3:00 p.m, the parties shall submit a letter to the Court by no later than September 3, 2021 indicating their preference as to whether the hearing will be held in-person, by video, or by phone.

SO ORDERED.

Dated:    August 31, 2021
            New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge