UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/8/2021
```

MARIBEL MOSES, *on behalf of herself and all others similarly situated,*

　　　　　　　　　　　　　　Plaintiffs,

v.

THE NEW YORK TIMES COMPANY, *d/b/a/ The New York Times,*

　　　　　　　　　　　　　　Defendant.

20-CV-4658 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The hearing on the final approval of class action settlement, **scheduled for September 10, 2021 at 3:00 p.m.,** will be held by videoconference.

The conference line for argument is (888) 363-4749 and the access code is 1015508. This line is open to the public. The Court will contact the parties the day before argument regarding the videoconferencing technology.

SO ORDERED.

Dated:　September 8, 2021
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　United States District Judge