UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIBEL MOSES, on behalf of herself and all others similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE NEW YORK TIMES COMPANY, d/b/a/ *The New York Times*,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:20-cv-04658-RA<br><br>Hon. Ronnie Abrams |

NOTICE OF APPEAL

OF CLASS MEMBER ERIC ALAN ISAACSON

NOTICE IS HEREBY GIVEN that **Eric Alan Isaacson**, a class member and objector bound by the district court's judgment in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the FINAL APPROVAL ORDER AND JUDGMENT entered September 13, 2021 (Docket Entry 60), as well as from any prior rulings, opinions, or orders that merge therein.

DATED:  October 11, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Eric Alan Isaason
　　　　　　　　　　　　　　　　　　　　Eric Alan Isaacson, pro se

- 1 -

LAW OFFICE OF ERIC ALAN ISAACSON
6580 Avenida Mirola
La Jolla, CA 92037
Telephone:  (858) 263-9581
ericalanisaacson@icloud.com
ericalanisaacson@hds.harvard.edu

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on October 11, 2021, I am filing and serving the foregoing NOTICE OF APPEAL through the Court's CM/ECF system, which will send notice to all counsel of record.

/s/ Eric Alan Isaacson
Eric Alan Isaacson, pro se