UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIBEL MOSES, on behalf of herself and all others similarly situated,

                Plaintiff,

v.

THE NEW YORK TIMES COMPANY, d/b/a The New York Times.

                Defendant.

20-CV-4658 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On August 17, 2023, the United States Court of Appeals for the Second Circuit vacated the Court's approval of the proposed class action settlement agreement between the parties. *Moses v. New York Times Co.*, 79 F.4th 235, 239 (2d Cir. 2023). On October 11, 2023, the Second Circuit issued a mandate, remanding the case to this Court for further proceedings. *See* Fed. R. App. P. 41(a).

Accordingly, the parties shall meet and confer to discuss next steps. The parties shall then submit to the Court a joint letter proposing next steps no later than November 20, 2023.

SO ORDERED.

Dated:      October 19, 2023
              New York, New York

_____
Ronnie Abrams
United States District Judge