## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARIBEL MOSES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY, d/b/a *The New York Times*,<br><br>Defendant. | Civil Action No.: 1:20-cv-04658-RA<br><br>Hon. Judge Ronnie Abrams |

## NOTICE OF MOTION FOR FINAL APPROVAL
## OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 4, 2024, at 2:00 p.m. before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, 40 Foley Square, New York, NY 10007, Plaintiff Maribel Moses, by and through Class Counsel will move and hereby does move for an order:  (1) finally approving the Class Action Settlement, and (2) certifying the Settlement Class.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon:  (1) the accompanying Memorandum of Law; (2) the Declaration of Neal J. Deckant (the "Deckant Decl."), and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement); and (3) the Declaration of Ryan Bahry Regarding Settlement Administration (the "Bahry Decl."), and the exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument.

A Proposed Final Approval Order and Judgment is submitted herewith.

Dated: September 20, 2024                    Respectfully submitted,

                                             **BURSOR & FISHER, P.A.**

                                             By: _____/s/ Neal J. Deckant_____
                                                        Neal J. Deckant

                                             Neal J. Deckant
                                             1990 North California Boulevard, 9th Floor
                                             Walnut Creek, CA  94596
                                             Telephone: (925) 300-4455
                                             Facsimile:  (925) 407-2700
                                             Email:  ndeckant@bursor.com

                                             *Class Counsel*